McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

SEP 21 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | [PROPOSED] ORDER FOR REQUEST TO UN-SEAL AND TO FILE REDACTED AFFIDAVIT |
|---|---|
| 1514 Yolo Street, Corning, California | 2:18-SW-0677 EFB |
| 760 Givens Road, Apartment #15, Red Bluff, California | 2:18-SW-0678 EFB |
| 2011 Honda Accord, black in color, bearing California license plate 7JVP459 | 2:18-SW-0679 EFB |
| 2006 Lexus sedan, silver in color, bearing California license plate 7NNA919 | 2:18-SW-0680 EFB |
| 2009 Chevy Silverado pickup truck, white in color, bearing California license plate 8U14540 | 2:18-SW-0681 EFB |
| 2006 Mercedes SUV, silver in color, bearing California license plate 7KVR621 | 2:18-SW-0682 EFB |
| 2009 Toyota Camry, red in color, bearing California license plate 8CUH181 | 2:18-SW-0683 EFB |
| The marijuana grow site at the approximate GPS coordinates 40 24.240N 123 7.606W in the Shasta-Trinity National Forest, in Trinity County, California | 2:18-SW-0684 EFB |

**[PROPOSED] ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed. The

[PROPOSED] ORDER TO UN-SEAL AND TO FILE
REDACTED COPY OF AFFIDAVIT

previously filed warrant applications and affidavit are to remain sealed. The United States shall file a redacted copy of the warrant application and affidavit in each of the above-captioned matters.

Dated: 9/21/2018

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE